MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice* application pending)
Jerome Noll (*pro hac vice* application pending)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs
GIORGIO GOMELSKY
and all others similarly situated

ORIGINAL FILED
08 OCT 30 PM 2:53
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA SJ

ADR

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIORGIO GOMELSKY,
On behalf of himself and
all others similarly situated

    Plaintiffs,

v.

APPLE INC.,

    Defendants.

Case No. C08 04969 PVT

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

CALDWELL
LESLIE &
PROCTOR

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 29, 2008

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER
ALBERT GIANG

By *Robyn C. Crow*
ROBYN C. CROWTHER
Attorneys for Plaintiffs

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS