MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice* application pending)
Jerome Noll (*pro hac vice* application pending)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs
GIORGIO GOMELSKY
and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGIO GOMELSKY,<br>On behalf of himself and<br>all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | CASE No. C08-04969-PVT<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND CLASS ACTION COMPLAINT** |

Attached hereto as Exhibit A is a truce copy of proof of service of the Summons and Class Action Complaint Civil Cover Sheet; ADR; Certification Of Interested Entities Or Persons; Application For Admission Of Attorneys Jerome Noll and Jeffrey I. Carton *Pro Hac Vice* and Proposed Orders

DATED: October 31, 2008

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER
ALBERT GIANG

By _____/s/_____
ROBYN C. CROWTHER
Attorneys for Plaintiffs

EXHIBIT A

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On October 31, 2008, I served the within document(s) described below as:

1) CIVIL COVER SHEET

2) CALL ACTION COMPLAINT; DEMAND FOR JURY TRIAL

3) SUMMONS IN A CIVIL ACTION

4) APPLICATION FOR ADMISSION OF ATTORNEY JEROME NOLL PRO HAC VICE

5) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

6) APPLICATION FOR ADMISSION OF ATTORNEY JEFFREY I. CARTON PRO HAC VICE

7) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

8) CERTIFICATION OF INTERESTED PARTIES OR PERSONS

9) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

( ) **BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( ) **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List. I caused the copy to be transmitted from the facsimile number of Caldwell Leslie & Proctor, (213) 629-9022 or (213) 629-5584. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

( ) **BY ELECTRONIC MAIL** By transmitting true copies of the above listed document(s) to the electronic mail addresses of the parties listed below.

(X) **BY PERSONAL DELIVERY:** by causing personal delivery by **APEX SERVICES** of the document listed above to the person(s) at the address set forth below.

(X) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on October 31, 2008 at Los Angeles, California.

BIANCA GASCA
APEX (NAME & SIGNATURE)

-1-

# SERVICE LIST

## GIORGIO GOMELSKY v. APPLE INC.

C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017

**Agent for Service of Process
for Apple Inc.**