ORIGINAL
FILED
2008 OCT 30 P 2: 16
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice* application pending)
Jerome Noll (*pro hac vice* application pending)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGIO GOMELSKY, On behalf of himself and All others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C08 04969 PVT<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY JEFFREY I. CARTON *PRO HAC VICE***<br><br>[Proposed Order Granting Application for Admission of Attorney Jeffrey I. Carton *Pro Hac Vice* Submitted Herewith] |

CALDWELL
LESLIE &
PROCTOR

Pursuant to Civil L.R. 11-3, Jeffrey I. Carton, an active member in good standing of the bars of the states of New York and Connecticut, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Giorgio Gomelsky, on behalf of himself and all others similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the New York and Connecticut state courts, the Southern, Eastern, and Northern District Courts of New York, the District of Connecticut, the Second Circuit Court of Appeals, and the United States Supreme Court;

2. I agree to abide by the standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name address and telephone number of that attorney is:

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040
(213) 629-9022 fax

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 29, 2008

JEFFREY I. CARTON
Attorneys for Plaintiff

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611004129
Cashier ID: harwellt
Transaction Date: 10/30/2008
Payer Name: Caldwell Leslie and Proctor

PRO HAC VICE
 For: Jeffrey I. Carton
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 42893
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-04969-PVT


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```