**RECEIVED**

2008 OCT 30 PM 2: 16

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIORGIO COMELSKY,
and all others similarly situated,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

CASE NO. **C08 04969 PVT**

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jeffrey I. Carton, whose business address and telephone number is 1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of New York and Connecticut having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Giorgio Gomelsky, and others similarly situ

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                                                                  United States District Judge

Dockets.Justia.com