PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C-08-04969 PVT <br><br> **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, that Defendant Apple Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned matter is hereby extended through and including December 22, 2008.

//

//

//

//

//

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C-08-04969 PVT
sf- 2601852

1

| | | |
|---|---|---|
| Dated: November 6, 2008 | | MORRISON & FOERSTER LLP |

By: /s/ Penelope a. Preovolos
    Penelope a. Preovolos

Attorneys for Defendant
APPLE INC.

Dated: November 6, 2008        CALDWELL, LESLIE & PROCTOR, PC

By: /s/ Robyn C. Crowther
    Robyn C. Crowther

Attorneys for Plaintiff
GIORGIO GOMESLKY