PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. C-08-04969 JF <br><br> **APPLE INC.'S NOTICE OF MOTION TO DISMISS AND TO STRIKE** <br><br> Date: February 20, 2009 <br> Time: 9:00am <br> Courtroom: 3 |

PLEASE TAKE NOTICE that on February 20, 2009 at 9:00am, in the courtroom of the Honorable Jeremy Fogel, San Jose, California, defendant Apple Inc. ("Apple") will move to dismiss all of plaintiff's claims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. If plaintiff's Unfair Competition Law ("UCL") claim is not dismissed, Apple will also move to strike plaintiff's prayer for damages under the UCL, pursuant to Federal Rule of Civil Procedure 12(f).

1       Apple moves to dismiss plaintiff's claims on the following grounds: (1) plaintiff fails to state a claim for breach of the implied warranty of merchantability, breach of the implied warranty of fitness for a particular purpose, violation of the Song-Beverly Consumer Warranty Act, and violation of the Magnuson-Moss Warranty Act because the alleged defect in plaintiff's computer manifested itself after any implied warranties had expired; (2) plaintiff fails to state a claim for violation of Song-Beverly Act for the additional, independent, reason that he does not allege he purchased his computer in California; (3) plaintiff fails to state a claim for negligence because he seeks damages only for economic loss, which are not recoverable under a negligence theory; (4) plaintiff fails to state a claim for violation of the UCL because Apple's actions were neither unlawful nor unfair; (5) plaintiff fails to state a claim for unjust enrichment because that claim is based on his other claims, all of which fail as a matter of law.

      If plaintiff's UCL claim is not dismissed, Apple moves to strike plaintiff's prayer for damages under that statute, because damages are unavailable under the UCL.

      This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities that follows, the Request for Judicial Notice ("RJN"), and the declaration of Anne M. Hunter filed concurrently herewith, all pleadings and papers filed herein, oral argument by counsel, and such other and further matter that properly may be received by the Court.

Dated: December 22, 2008

PENELOPE A. PREOVOLOS  
ANDREW D. MUHLBACH  
ANNE M. HUNTER  
ALEXEI KLESTOFF  
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos  
      Penelope A. Preovolos

Attorneys for Defendant  
APPLE INC.

APPLE'S NOTICE OF MOTION TO DISMISS AND TO STRIKE  
CASE NO. C-08-04969 JF  
sf-2608530

2