PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@MOFO.COM)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. C-08-04969 JF<br><br>**DECLARATION OF ANNE M. HUNTER**<br><br>Date: February 20, 2009<br>Time: 9:00am<br>Courtroom: 3 |

DECLARATION OF ANNE M. HUNTER
CASE NO. C-08-04969 JF
sf-2613083

1

I, Anne M. Hunter, declare:

1. I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for defendant Apple Inc. in the above-entitled case. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit A is a true and correct copy of Apple's limited warranty for the PowerBook G4 computer as it appeared in print form and on Apple's website.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of December, 2008, at San Francisco, California.

/s/ Anne M. Hunter
Anne M. Hunter

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/
Penelope A. Preovolos