UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY,<br>on behalf of himself and<br>all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. C-08-04969 JF<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS** |

[PROPOSED] ORDER
Case No. C-08-04969 JF
sf-2622576

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered the papers filed by the parties in connection with Apple Inc.'s motion |
| 3 | and the parties' arguments at the hearing on this matter, and for good cause shown, the Court |
| 4 | hereby GRANTS Apple's motion and dismisses plaintiff's Complaint with prejudice. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: _____   _____ |
| 9 | Hon. Jeremy Fogel<br>United States District Judge |

*(Lines 10–28 blank)*