PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated, | Case No. C-08-04969 JF |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | Date: February 20, 2009<br>Time: 9:00am |
| v. | Courtroom: 3 |
| APPLE INC., | |
| Defendant. | Complaint filed: October 30, 2008 |

CERTIFICATION OF INTERESTED ENTITIES
Case No. 08-04969-JF
sf-2622486

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY** |
| | (Fed. R. Civ. Proc. rule 5(b)) |
| 2 | |
| 3 |     I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Morrison & Foerster for collection. |

    I further declare that on the date hereof I served a copy of:

**APPLE INC.'S NOTICE OF MOTION TO DISMISS AND TO STRIKE**

**APPLE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS AND TO STRIKE**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS AND TO STRIKE**

**DECLARATION OF ANNE M. HUNTER**

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

| | |
|---|---|
| Jeffrey I Carton<br>Jerome Noll<br>Meiselman Denlea Packman Carton & Eberz PC<br>1311 Mamaroneck Avenue<br>White Plains, NY 10605 | *Attorneys for* Plaintiff |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 22nd day of December, 2008.

| | |
|---|---|
| Mia R. Gimenez | /s/ Mia Gimenez |
| (typed) | (signature) |

Certificate of Service               1
Case No. 08-04969-JF