PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. C-08-04969 JF<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. CAL. LOCAL RULE 3-16]**<br><br>Complaint filed: October 30, 2008 |

CERTIFICATION OF INTERESTED ENTITIES
Case No. C-08-04969 JF
sf-2405734

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1(a), |
| 2 | defendant Apple Inc. ("Apple"), through its counsel, hereby certifies that the following listed |
| 3 | persons, associations of persons, firms, partnerships, corporations (including parent corporations) |
| 4 | or other entities (i) have a financial interest in the subject matter in controversy or in a party to the |
| 5 | proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be |
| 6 | substantially affected by the outcome of this proceeding. Apple has no parent corporation. |
| 7 | According to Apple's Proxy Statement filed with the United States Securities and Exchange |
| 8 | Commission in January 2008, there are no beneficial owners that hold more than 10% of Apple's |
| 9 | outstanding common stock. |

Pursuant to Northern District Local Rule 3-16 and Federal Rule of Civil Procedure 7.1(a), defendant Apple Inc. ("Apple"), through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Apple has no parent corporation. According to Apple's Proxy Statement filed with the United States Securities and Exchange Commission in January 2008, there are no beneficial owners that hold more than 10% of Apple's outstanding common stock.

Dated: December 22, 2008

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ANNE M. HUNTER
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
    Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.