| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607)<br>(PPrevolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694)<br>(AMuhlbach@mofo.com) |
| 3 | ALEXEI KLESTOFF (CA SBN 224016)<br>(AKlestoff@mofo.com) |
| 4 | |
| 5 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 6 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522 |
| 7 | |
| 8 | Attorneys for Defendant<br>APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY,<br>on behalf of himself and<br>all others similarly situated, | Case No.   C-08-04969 JF |
| | **STIPULATION AND [PROPOSED] ORDER** |
| Plaintiff, | |
| v. | |
| APPLE INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-04969 JF
sf-2646488

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective |
| 2 | counsel, hereby stipulate as follows: |
| 3 | WHEREAS, a Case Management Conference is scheduled for March 13, 2009; |
| 4 | WHEREAS, pursuant to a stipulation entered on February 2, 2009, the parties agreed that |
| 5 | the Plaintiff would file an amended complaint by March 2, 2009 and that Defendant would advise |
| 6 | the Court within 30 days of the filing of an amended complaint whether it intended to answer or |
| 7 | move to dismiss the amended complaint; |
| 8 | WHEREAS, the parties have agreed to extend the deadline for Plaintiff to file an amended |
| 9 | complaint to April 2, 2009; |
| 10 | WHEREAS, the parties have further agreed that Defendant's time to respond to an |
| 11 | amended complaint will be extended to June 4, 2009; |
| 12 | WHEREAS, the parties believe that the Case Management Conference should be |
| 13 | continued until any disputes on the pleadings are resolved; |
| 14 | WHEREAS, the continuance will not have an effect on the schedule for the case; |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO |
| 16 | THE APPROVAL OF THE COURT: |

1. The Plaintiff will file an amended complaint by April 2, 2009.
2. Defendant will respond to the amended complaint by June 4, 2009.
3. The Case Management Conference will be continued to June 16, 2009.
4. The parties shall file a Joint Case Management Statement on or before June 9, 2009.

Dated: February 25, 2009          MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
          Penelope A. Preovolos

          Attorneys for Defendant
          APPLE INC.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-04969 JF
sf-2646488

1

| | |
|---|---|
| Dated: February 25, 2009 | CALDWELL LESLIE & PROCTOR, PC |
| | By: /s/ Robyn C. Crowther |
| | Robyn C. Crowther |
| | Attorneys for Plaintiff |
| | GIORGIO GOMELSKY |

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February __, 2009  _____
The Honorable Jeremy Fogel
United States District Judge