| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
| | (PPrevolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) **E-Filed 2/26/09** |
| | (AMuhlbach@mofo.com) |
| 3 | ALEXEI KLESTOFF (CA SBN 224016) |
| | (AKlestoff@mofo.com) |
| 4 | |
| | MORRISON & FOERSTER LLP |
| 5 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 6 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 7 | |
| | Attorneys for Defendant |
| 8 | APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated, | Case No. C-08-04969 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| APPLE INC., | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-04969 JF
sf-2646488

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective |
| 2 | counsel, hereby stipulate as follows: |
| 3 | WHEREAS, a Case Management Conference is scheduled for March 13, 2009; |
| 4 | WHEREAS, pursuant to a stipulation entered on February 2, 2009, the parties agreed that |
| 5 | the Plaintiff would file an amended complaint by March 2, 2009 and that Defendant would advise |
| 6 | the Court within 30 days of the filing of an amended complaint whether it intended to answer or |
| 7 | move to dismiss the amended complaint; |
| 8 | WHEREAS, the parties have agreed to extend the deadline for Plaintiff to file an amended |
| 9 | complaint to April 2, 2009; |
| 10 | WHEREAS, the parties have further agreed that Defendant's time to respond to an |
| 11 | amended complaint will be extended to June 4, 2009; |
| 12 | WHEREAS, the parties believe that the Case Management Conference should be |
| 13 | continued until any disputes on the pleadings are resolved; |
| 14 | WHEREAS, the continuance will not have an effect on the schedule for the case; |
| 15 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO |
| 16 | THE APPROVAL OF THE COURT: |
| 17 | 1. The Plaintiff will file an amended complaint by April 2, 2009. |
| 18 | 2. Defendant will respond to the amended complaint by June 4, 2009. |
| 19 | 3. The Case Management Conference will be continued to June ~~16~~ 19, 2009. |
| 20 | 4. The parties shall file a Joint Case Management Statement on or before June 9, 2009. |

Dated: February 25, 2009                    MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
         Penelope A. Preovolos

Attorneys for Defendant
APPLE INC.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-04969 JF
sf-2646488

1

Dated: February 25, 2009          CALDWELL LESLIE & PROCTOR, PC

By:   /s/ Robyn C. Crowther
      Robyn C. Crowther

Attorneys for Plaintiff
GIORGIO GOMELSKY

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February <u>26</u>, 2009

       The Honorable Jeremy Fogel
       United States District Judge