```
 1  MEISELMAN, DENLEA, PACKMAN,
    CARTON & EBERZ P.C.
 2  Christine McAteer Ford (pro hac vice application to be submitted)
    cford@mdpcelaw.com
 3  1311 Mamaroneck Avenue
    White Plains, New York 10605
 4  Telephone: (914) 517-5000
    Facsimile:  (914) 517-5055
 5
 6  CALDWELL LESLIE & PROCTOR, PC
    ROBYN C. CROWTHER, SBN 193840
 7  crowther@caldwell-leslie.com
    ALBERT GIANG, SBN 224332
 8  giang@caldwell-leslie.com
    1000 Wilshire Blvd., Suite 600
 9  Los Angeles, California 90017-2463
    Telephone: (213) 629-9040
10  Facsimile:  (213) 629-9022

11  Attorneys for Plaintiffs
```

FILED
2009 APR -3 P 2: 03
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

APPLE INC.,

    Defendants.

Case No. C-08-04969 JF

**APPLICATION FOR ADMISSION OF ATTORNEY CHRISTINE McATEER FORD *PRO HAC VICE***

[Proposed Order Granting Application for Admission of Attorney Christine McAteer Ford *Pro Hac Vice* Submitted Herewith]

CALDWELL LESLIE & PROCTOR

Application For Admission Of Attorney Christine McAteer Ford *Pro Hac Vice*

Pursuant to Civil Local Rule 11-3, Christine McAteer Ford, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Reuben Berenblat, Andrew Personette, Earl C. Simpson, Laura Miller, on behalf of themselves, and a putative class of others similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the New York courts, and the Southern and Eastern District Courts of New York.

2. I agree to abide by the standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name address and telephone number of that attorney is:

ROBYN C. CROWTHER, SBN 193840
crowther@caldwell-leslie.com
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
(213) 629-9040 telephone
(213) 629-9022 fax

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 3, 2009

/s/ Christine McAteer Ford
CHRISTINE McATEER FORD
Attorneys for Plaintiff



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christine McAteer Ford

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 18th day of August, 1998, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 2nd day of March, 2009.



Michael J. Novack
Clerk

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611005028
Cashier ID: harwellt
Transaction Date: 04/03/2009
Payer Name: Sterling Madison Company

PRO HAC VICE
 For: Christine McAteer Ford
 Case/Party: D-CAN-5-09-AT-PROHAC-001
 Amount:          $210.00

CHECK
 Check/Money Order Num: 33459
 Amt Tendered:    $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 08-4969-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```