RECEIVED

2009 APR -3 PM 2:03

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA_S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REUBEN BERENBLAT, ANDREW PERSONETTE          CASE NO.   C-08-04969 JF
EARL C. SIMPSON, LAURA MILLER, On behalf of
themselves and all others similarly situated,

           Plaintiff,                        (Proposed)
                                             ORDER GRANTING APPLICATION
     v.                                      FOR ADMISSION OF ATTORNEY
                                             *PRO HAC VICE*
APPLE INC.,

           Defendant.
_____/

     Christine McAteer Ford            , whose business address and telephone number is

1311 Mamaroneck Avenue, White Plains, New York, NY 10605, 914-517-5000

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Reuben Berenblat, Andrew Personette, Earl C. Simpson,
Laura Miller, on  behalf of themsleves and all others similarly situated.

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of
Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers
upon and communication with co-counsel designated in the application will constitute notice to the party.

All future filings in this action are subject to the requirements contained in General Order No. 45,
Electronic Case Filing.

Dated:   4/9/09

                                             _____
                                             United States District Judge

*United States District Court*
*For the Northern District of California*