Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Geoffrey A. Munroe (State Bar No. 228590)
gam@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman (*pro hac vice* application pending)
afriedman@cohenmilstein.com
Douglas J. McNamara (*pro hac vice* application pending)
dmcnamara@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-46995

Attorneys for Plaintiff Deborah Vail

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. 08-CV-04969 JF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT ALSO RELATES TO:<br><br>DEBORAH J. VAIL, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br>v.<br><br>APPLE, INC.,<br>Defendant. | Case No. 09-CV-01649 RS_____ |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 3-12, plaintiff Deborah Vail |
| 3 | submits this administrative motion for the Court to consider whether the recently filed *Vail v. Apple,* |
| 4 | *Inc.*, No. 09-cv-01649, should be related to *Gomelsky v. Apple, Inc.*, No. 08-cv-04969. |
| 5 | The *Vail* action may be related to the *Gomelsky* action because it concerns substantially the |
| 6 | same parties, property, transaction or event. The cases are against the same defendant, are both |
| 7 | putative class actions brought on behalf of persons who purchased PowerBook computers |
| 8 | manufactured by Apple, Inc., and both allege that Apple violated California's Unfair Competition |
| 9 | Law by selling PowerBook computers with defective memory slots. The *Vail* case also alleges |
| 10 | violation of California's Consumers Legal Remedies Act, while the *Gomelsky* case asserts warranty, |
| 11 | negligence, and unjust enrichment claims. Copies of the complaints filed in each action are attached |
| 12 | to the accompanying Declaration of Eric H. Gibbs. |
| 13 | Given the similarities of these actions, it appears likely that there will be an unduly |
| 14 | burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard |
| 15 | before different judges. Assignment of these cases to a single District Court Judge would conserve |
| 16 | judicial resources and promote efficient determination of the actions while avoiding potentially |
| 17 | conflicting results. Both cases are at a preliminary stage and, thus, assignment to a single judge would |
| 18 | not prejudice any of the parties. Accordingly, plaintiff Deborah Vail respectfully requests that the |
| 19 | action entitled *Vail v. Apple, Inc.*, be deemed related to *Gomelsky v. Apple, Inc*. |

Dated: April 16, 2009              **GIRARD GIBBS LLP**


By:   /s/ Eric H. Gibbs

Geoffrey A. Munroe
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman
Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-46995

Attorneys for Plaintiff Deborah J. Vail