AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGIO GOMELSKY, on behalf of himself and all others similarly situated <br> *Plaintiff* <br> v. <br> APPLE INC. <br> *Defendant* | ) ) ) ) ) )    Case No. C 08-04969 JF |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: May 1, 2009

/s/ Andrew D. Muhlbach
*Attorney's signature*

Andrew D. Muhlbach CA 175694
*Printed name and bar number*

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Address*

AMuhlbach@mofo.com
*E-mail address*

(415) 268-7000
*Telephone number*

(415) 268-7522
*FAX number*

American LegalNet, Inc.
www.FormsWorkflow.com
Dockets.Justia.com