# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gomelsky,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Apple, Inc.,<br><br>                Defendant(s). | 08-04969 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
08-04969 JF                                  -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 1, 2009

                                      RICHARD W. WIEKING
                                      Clerk
                                        by:    Timothy J. Smagacz

_Timothy Smagacz_
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-04969 JF                                     -2-

PROOF OF SERVICE

Case Name: Gomelsky v. Apple, Inc.

Case Number: 08-04969 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 1, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robyn Carrico Crowther
> Caldwell Leslie & Proctor P.C.
> 1000 Wilshire Blvd. Ste. 600
> Los Angeles, CA 90017
> crowther@caldwell-leslie.com
>
> Albert Quoc Giang
> Caldwell Leslie & Proctor, PC
> 1000 Wilshire Blvd. Ste. 600
> Los Angeles, CA 90017
> giang@caldwell-leslie.com
>
> Jerome Noll
> Meiselman Denlea Packman Carton & Eberz PC
> 1311 Mamaroneck Avenue
> White Plains, NY 10605
> jnoll@mdpcelaw.com
>
> Jeffrey I Carton
> Meiselman Denlea Packman Carton & Eberz PC
> 1311 Mamaroneck Avenue

White Plains, NY 10605
jcarton@mdpcelaw.com

Christine M. Ford
Meiselman Denlea Packman Carton & Eberz PC
1311 Mamaroneck Avenue
White Plains, NY 10605
cford@mdpcelaw.com

Alexei Klestoff
Morrison & Foerster LLP
425 Market St
San Francisco, CA 94105
aklestoff@mofo.com

Penelope Athene Preovolos
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
ppreovolos@mofo.com

Andrew David Muhlbach
Morrison & Foerster
425 Market Street
32nd Floor
San Francisco, CA 94105-2482
amuhlbach@mofo.com

Eric H. Gibbs
Girard Gibbs LLP
601 California Street
14th Floor
San Francisco, CA 94108
ehg@girardgibbs.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 1, 2009 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ―――――――――――――――
                ADR Program Administrator
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov