PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>APPLE INC.,<br><br>　　　　　　　　Defendant. | Case No.　C-08-04969 JF<br><br>**DECLARATION OF ALEXEI KLESTOFF**<br><br>Date:　August 14, 2009<br>Time:　9:00 am<br>Courtroom: 3 |

DECLARATION OF ALEXEI KLESTOFF
CASE NO. C-08-04969 JF
sf-2691659

1

I, Alexei Klestoff, declare:

1. I am an associate in the law firm of Morrison & Foerster LLP, counsel of record for defendant Apple Inc. in the above-entitled case. I am admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit A is a true and correct copy of Apple's one-year limited express warranty for the PowerBook G4 computer as it appeared in print form in the PowerBook G4 packaging and on Apple's website.

3. Attached as Exhibit B is a true and correct copy of Apple's AppleCare Protection Plan.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2009, at San Francisco, California.

/s/ Alexei Klestoff
Alexei Klestoff

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/
Penelope A. Preovolos