| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated, | | Case No. C-08-04969 JF |
| | Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS** |
| v. | | |
| APPLE INC., | | |
| | Defendant. | |

[PROPOSED] ORDER
Case No. C-08-04969 JF
sf-2692491

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having considered the papers filed by the parties in connection with Apple Inc.'s motion |
| 3 | and the parties' arguments at the hearing on this matter, and for good cause shown, the Court |
| 4 | hereby GRANTS Apple's motion and dismisses plaintiff's Complaint with prejudice. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | DATED: _____     _____ |
| 9 | Hon. Jeremy Fogel |
|   | United States District Judge |