1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  ALEXEI KLESTOFF (CA SBN 224016)
   (AKlestoff@mofo.com)
4
   MORRISON & FOERSTER LLP
5  425 Market Street
   San Francisco, California 94105-2482
6  Telephone: 415.268.7000
   Facsimile: 415.268.7522
7
   Attorneys for Defendant
8  APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.   C-08-04969 JF<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint Filed:   October 29, 2008 |
|---|---|

ADR CERTIFICATION
CASE NO. C-08-04969 JF
sf-2693392

1

# ADR CERTIFICATION FOR APPLE INC.

Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), each of the undersigned certifies that he or she has read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the ADR Internet site (www.adr.cand.uscourts.gov), discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 3, 2009     FOR APPLE INC.

By:  /s/ Lynn Miller
     Lynn Miller

     Senior Litigation Counsel
     APPLE INC.

Dated: June 3, 2009     MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

     Attorneys for Defendant
     APPLE INC.

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this ADR Certification by Parties and Counsel. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/Penelope A. Preovolos
     Penelope A. Preovolos