PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. C-08-04969 JF<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

**Date of Case Management Conference:** June 19, 2009 at 10:30 a.m.

In light of Apple's pending motion to dismiss, the parties believe it would be premature to hold an ADR phone conference in the *Berenblat* action at this time. The parties will discuss the necessity and timing of such a conference with the Court during the Case Management Conference.

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C-08-04969 JF
sf-2693472

1

| | | |
|---|---|---|
| Dated: June 3, 2009 | | MORRISON & FOERSTER LLP |

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: June 3, 2009     CALDWELL LESLIE & PROCTOR, PC

By: /s/ Robyn C. Crowther
Robyn C. Crowther

*Attorneys for Plaintiffs*

Dated: June 3, 2009     MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

By: /s/ Christine M. Ford
Christine M. Ford

*Attorneys for Plaintiffs*

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Notice of Need for ADR Phone Conference. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/Penelope A. Preovolos
Penelope A. Preovolos

NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C-08-04969 PVT
sf-2693472

2