MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice*)
Jerome Noll (*pro hac vice*)
Christine M. Ford (*pro hac vice*)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C-08-04969 JF<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), the parties, by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint on April 2, 2009;

WHEREAS, Defendant filed its Motion to Dismiss (the "Motion") on June 1, 2009;

WHEREAS, the Motion is currently noticed for hearing on August 14, 2009;

WHEREAS, in accordance with a Stipulation and Order dated February 26, 2009, the Court scheduled a Case Management Conference for June 19, 2009;

WHEREAS, for the convenience of counsel and the Court the parties request that the Case Management Conference and hearing on the Motion be held on the same date, August 14, 2009;

WHEREAS, the continuance of the Case Management Conference will not affect any other deadlines in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, upon an order from the Court as required under Local Rule 16-2(e), the Case Management Conference currently scheduled for June 19, 2009 shall be continued to August 14, 2009.

Dated: June 4, 2009       Caldwell Leslie & Proctor, PC

                By: /s/ Robyn C. Crowther
                   Robyn C. Crowther
                   Attorneys for Plaintiff

Dated: June 4, 2009       Morrison & Foerster LLP

                By: /s/ Andrew D. Muhlbach
                   Andrew D. Muhlbach
                   Attorneys for Defendant

*Filer's Attestation*: Pursuant to General Order No. 45.1, I, Robyn C. Crowther attest that I obtained concurrence in the filing of this document from the other signatories.

## **PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June __, 2009

                _____
                The Honorable Jeremy Fogel
                United States District Judge