MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice*)
Jerome Noll (*pro hac vice*)
Christine M. Ford (*pro hac vice*)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ERIC S. PETTIT, SBN 234657
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C-08-04969 JF<br><br>**NOTICE OF SUBSITUTION OF COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Albert Giang, attorney of record for the Plaintiffs will be substituted as counsel and replaced by Eric Pettit for the above-referenced case.

Dated: June 5, 2009   Caldwell Leslie & Proctor, PC

By:   /s/ Eric S. Pettit
       Eric S. Pettit
       Attorneys for Plaintiffs

CALDWELL
LESLIE &
PROCTOR

NOTICE OF SUBSTITUTION OF COUNSEL