MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice*)
Jerome Noll (*pro hac vice*)
Christine M. Ford (*pro hac vice*)
1311 Mamaroneck Avenue
White Plains, New York 10605
(914) 517-5000

**\*\*E-Filed 6/9/09\*\***

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
Crowther@caldwell-leslie.com
ALBERT GIANG, SBN 224332
Giang@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California  90017-2463
Telephone:  (213) 629-9040
Facsimile:  (213) 629-9022

Attorneys for Plaintiffs
and all others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C-08-04969 JF<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), the parties, by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint on April 2, 2009;

WHEREAS, Defendant filed its Motion to Dismiss (the "Motion") on June 1, 2009;

WHEREAS, the Motion is currently noticed for hearing on August 14, 2009;

CALDWELL LESLIE & PROCTOR

-1-

STIPULATION AND PROPOSED ORDER
Case No. C-08—4969 JF

1  WHEREAS, in accordance with a Stipulation and Order dated February 26, 2009,
2  the Court scheduled a Case Management Conference for June 19, 2009;

3  WHEREAS, for the convenience of counsel and the Court the parties request that
4  the Case Management Conference and hearing on the Motion be held on the same date,
5  August 14, 2009;

6  WHEREAS, the continuance of the Case Management Conference will not affect
7  any other deadlines in this action;

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that, upon an
9  order from the Court as required under Local Rule 16-2(e), the Case Management
10 Conference currently scheduled for June 19, 2009 shall be continued to August 14, 2009.

Dated:  June 4, 2009                    Caldwell Leslie & Proctor, PC

                                        By:    /s/ Robyn C. Crowther
                                               Robyn C. Crowther
                                               Attorneys for Plaintiff

Dated:  June 4, 2009                    Morrison & Foerster LLP

                                        By:    /s/ Andrew D. Muhlbach
                                               Andrew D. Muhlbach
                                               Attorneys for Defendant

*Filer's Attestation*: Pursuant to General Order No. 45.1, I, Robyn C. Crowther attest that I obtained concurrence in the filing of this document from the other signatories.

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June  9 , 2009

                                        _____
                                        The Honorable Jeremy Fogel
                                        United States District Judge