UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, August 14, 2009     Time: 17 mins
**Case Number:** CV-08-4969-JF/PVT and Related Case Number CV-09-1649-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **GIORGIO GOMELSKY, ET AL  V.  APPLE, INC.**
                    **PLAINTIFF**                            **DEFENDANT**

**Attorneys Present:** Christine Ford      **Attorneys Present:** Penelope Preovolos, Andrew Muhlbach
                Douglas McNamara                                      Eric Long

PROCEEDINGS:

   Hearing on Motions to Dismiss and Case Management Conference held. Parties are present. The Motions to Dismiss are taken under submission. The case management conference is continued to 11/13/09 at 10:30 a.m.