PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant.<br><br>THOMAS WAGNER, SCOTT MEYERS, On behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br>        Defendant. | Case No.    C-08-04969 JF<br>Case No.    C-09-01649 JF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br> Date:   February 5, 2010<br>Time:  9:00 am<br>Courtroom: 3 |

1

**REQUEST FOR JUDICIAL NOTICE**

2        Pursuant to Rule 201 of the Federal Rules of Evidence, Apple Inc. hereby requests that the

3   Court take judicial notice of Apple's one-year limited express warranty for its PowerBook G4

4   notebook computers and its AppleCare Protection Plan ("APP"), which are cited in Apple's

5   Motion to Dismiss the Second Amended Complaint.  A true and correct copy of Apple's APP is

6   attached as Exhibit A to the accompanying Declaration of Alexei Klestoff.

7        Federal Rule of Evidence 201 allows a court to take judicial notice of adjudicative facts

8   "not subject to reasonable dispute in that [they are] . . . capable of accurate and ready

9   determination by resort to sources whose accuracy cannot reasonably be questioned."  It is

10  axiomatic that under Rule 201, "documents whose contents are alleged in a complaint and whose

11  authenticity no party questions, but which are not physically attached to the pleading, may be

12  considered in ruling on a Rule 12(b)(6) motion to dismiss."  *Branch v. Tunnell*, 14 F.3d 449, 454

13  (9th Cir. 1994), *overruled on other grounds, Galbraith v. County of Santa Clara*, 307 F.3d 1119

14  (9th Cir. 2002); *Berenblat v. Apple, Inc.*, Nos. 08-4969, 09-1649, 2009 U.S. Dist. LEXIS 80734,

15  at *2 n.3 (N.D. Cal. Aug. 21, 2009) (taking judicial notice of express warranty because it was

16  referenced in the complaint); *Hoey v. Sony Elecs. Inc.*, 515 F. Supp. 2d 1099, 1103 (N.D. Cal.

17  2007) (the court can take judicial notice of a document if the complaint refers extensively to it or

18  if it forms the basis of plaintiff's claim; taking judicial notice of express warranty).

19       Apple's APP is a proper subject of judicial notice.  The complaint here refers to the APP,

20  and Plaintiffs base their allegations on the APP.  Specifically, Plaintiffs allege that Andrew

21  Personette, Laura Miller, Thomas Wagner, and Scott Meyer purchased an APP to cover their

22  PowerBook G4, and that their computers malfunctioned after the APP expired.  (Second Am.

23  Compl. ¶¶ 53, 63, 66, 72.)  Plaintiffs have thus incorporated Apple's APP by reference into the

24  complaint, allowing the Court to judicially notice the APP and consider it for purposes of Apple's

25  motion to dismiss.  *Berenblat*, 2009 U.S. Dist. LEXIS 80734, *2 n.3; *Branch*, 14 F.3d at 454;

26  *Hoey*, 515 F. Supp. 2d at 1103.

27  //

28  //

1

2    Dated: November 5, 2009               PENELOPE A. PREOVOLOS
                                          ANDREW D. MUHLBACH
3                                         ANNE M. HUNTER
                                          ALEXEI KLESTOFF
4                                         MORRISON & FOERSTER LLP

5                                  By:   /s/ Penelope A. Preovolos
                                         Penelope A. Preovolos
6
                                         Attorneys for Defendant
7                                        APPLE INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28