UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. C-08-04969 JF<br>Case No. C-09-01649 JF<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| THOMAS WAGNER, SCOTT MEYERS, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | |

[PROPOSED] ORDER
CASE NOS. C-08-04969 JF, C-09-01649 JF
sf-2752254

1
2  **ORDER**

Having considered the papers filed by the parties in connection with Apple Inc.'s motion
3
and the parties' arguments at the hearing on this matter, and for good cause shown, the Court
4
hereby GRANTS Apple's motion and dismisses plaintiff's Second Amended Complaint with
5
prejudice.
6

7     IT IS SO ORDERED.

8

9     DATED: _____         _____
                                              Hon. Jeremy Fogel
10                                            United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28