

1   MEISELMAN, DENLEA, PACKMAN,
    CARTON & EBERZ P.C.
2   Jeffrey I. Carton (*pro hac vice*)
    Jerome Noll (*pro hac vice*)
3   Christine M. Ford (*pro hac vice*)
    1311 Mamaroneck Avenue
4   White Plains, New York 10605
    (914) 517-5000
5

6   CALDWELL LESLIE & PROCTOR, PC
    ROBYN C. CROWTHER, SBN 193840
7   Crowther@caldwell-leslie.com
    ERIC S. PETTIT, SBN 234657
8   Pettit@caldwell-leslie.com
    1000 Wilshire Blvd., Suite 600
9   Los Angeles, California  90017-2463
    Telephone:  (213) 629-9040
10  Facsimile:  (213) 629-9022

11  Attorneys for Plaintiffs Berenblatt, Personette,
    Simpson, Miller and all others similarly situated

12

13              UNITED STATES DISTRICT COURT

14         FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  REUBEN BERENBLATT, ANDREW          Case No.   C-08-04969 JF (PVT)
    PERSONETTE, EARL C. SIMPSON, LAURA Case No.   C-09-01649 JF (PVT)
18  MILLER, On behalf of themselves and
    all others similarly situated,      **STIPULATION AND
19                                       [PROPOSED] ORDER
                    Plaintiffs,          REQUESTING CONTINUANCE
20                                       OF CASE MANAGEMENT
            v.                           CONFERENCE**
21
    APPLE INC.,
22
                    Defendant.
23
    THOMAS WAGNER, SCOTT MEYERS, On
24  behalf of themselves and all others similarly
    situated,
25
                    Plaintiffs,
26
            v.
27
    APPLE INC.,
28                  Defendant.

                                      STIPULATION AND PROPOSED ORDER
                                           Case No. C-08—04969 JF
                                           Case No. C-09—01649 JF

Dockets.Justia.com

Pursuant to Local Rules 6-2, 7-12 and 16-2(e), the parties, by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint in the *Berenblatt* action and a First Amended Complaint in the *Wagner* action on September 21, 2009;

WHEREAS, Defendant filed its Motion to Dismiss the amended complaints (the "Motion") on November 5, 2009;

WHEREAS, the Motion is currently noticed for hearing on February 5, 2010;

WHEREAS, the Court scheduled a Case Management Conference for November 13, 2009;

WHEREAS, for the convenience of counsel and the Court the parties request that the Case Management Conference and hearing on the Motion be held on the same date, February 5, 2010;

WHEREAS, the continuance of the Case Management Conference will not affect any other deadlines in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Case Management Conference currently scheduled for November 13, 2009 shall be continued to February 5, 2010.

Dated:  November 9, 2009                    Caldwell Leslie & Proctor, PC

                                           By:     /s/ Robyn C. Crowther
                                                   Robyn C. Crowther
                                                   Attorneys for Plaintiffs Berenblatt,
                                                   Personette, Simpson and Miller

STIPULATION AND PROPOSED ORDER
Case No. C-08—04969 JF
Case No. C-09—01649 JF

1  Dated:  November 9, 2009                    GIRARD GIBBS, LLP

2                                              By:     /s/ Eric H. Gibbs
3                                                      Eric H. Gibbs
                                                       Attorneys for Plaintiffs Wagner
4                                                      and Meyers

5  Dated:  November 9, 2009                    Morrison & Foerster LLP

6
                                               By:     /s/ Andrew D. Muhlbach
7                                                      Andrew D. Muhlbach
                                                       Attorneys for Defendant
8

9  *Filer's Attestation*:  Pursuant to General Order No. 45.1, I, Robyn C. Crowther attest that I
   obtained concurrence in the filing of this document from the other signatories.
10

11                             **<u>PROPOSED ORDER</u>**

12          PURSUANT TO STIPULATION, IT IS SO ORDERED.

13
   Dated:  November__, 2009
14

15
                                          _____
16                                            The Honorable Jeremy Fogel
                                              United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28
                                                       STIPULATION AND PROPOSED ORDER
                                                              Case No. C-08—04969 JF
                                                              Case No. C-09—01649 JF