| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MEISELMAN, DENLEA, PACKMAN,<br>CARTON & EBERZ P.C.<br>Jeffrey I. Carton (*pro hac vice*)<br>Jerome Noll (*pro hac vice*)<br>Christine M. Ford (*pro hac vice*)<br>1311 Mamaroneck Avenue<br>White Plains, New York 10605<br>(914) 517-5000 |
| 6<br>7<br>8<br>9<br>10 | CALDWELL LESLIE & PROCTOR, PC<br>ROBYN C. CROWTHER, SBN 193840<br>Crowther@caldwell-leslie.com<br>ERIC S. PETTIT, SBN 234657<br>Pettit@caldwell-leslie.com<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, California 90017-2463<br>Telephone: (213) 629-9040<br>Facsimile: (213) 629-9022 |
| 11 | Attorneys for Plaintiffs Berenblatt, Personette,<br>Simpson, Miller and all others similarly situated |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLATT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant.<br><br>THOMAS WAGNER, SCOTT MEYERS, On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br>    Defendant. | Case No.  C-08-04969 JF (PVT)<br>Case No.  C-09-01649 JF (PVT)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION AND PROPOSED ORDER
Case No. C-08—04969 JF
Case No. C-09—01649 JF

1
2      Pursuant to Local Rules 6-2, 7-12 and 16-2(e), the parties, by and through their
3 respective counsel, hereby stipulate and request as follows:
4      WHEREAS, Plaintiffs filed a Second Amended Complaint in the *Berenblatt* action
5 and a First Amended Complaint in the *Wagner* action on September 21, 2009;
6
7      WHEREAS, Defendant filed its Motion to Dismiss the amended complaints (the
8 "Motion") on November 5, 2009;
9      WHEREAS, the Motion is currently noticed for hearing on February 5, 2010;
10     WHEREAS, the Court scheduled a Case Management Conference for November
11 13, 2009;
12
13     WHEREAS, for the convenience of counsel and the Court the parties request that
14 the Case Management Conference and hearing on the Motion be held on the same date,
15 February 5, 2010;
16
17     WHEREAS, the continuance of the Case Management Conference will not affect
18 any other deadlines in this action;
19     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the
20 Case Management Conference currently scheduled for November 13, 2009 shall be
21 continued to February 5, 2010.
22
23 Dated:  November 9, 2009                    Caldwell Leslie & Proctor, PC
24
25                                              By:    /s/ Robyn C. Crowther
                                                      Robyn C. Crowther
26                                                    Attorneys for Plaintiffs Berenblatt,
                                                      Personette, Simpson and Miller
27
28

STIPULATION AND PROPOSED ORDER
Case No. C-08—04969 JF
Case No. C-09—01649 JF

| | | |
|---|---|---|
| 1 | Dated: November 9, 2009 | GIRARD GIBBS, LLP |
| 2 | | By: /s/ Eric H. Gibbs |
| 3 | | Eric H. Gibbs |
| 4 | | Attorneys for Plaintiffs Wagner and Meyers |
| 5 | Dated: November 9, 2009 | Morrison & Foerster LLP |
| 6 | | |
| 7 | | By: /s/ Andrew D. Muhlbach |
| | | Andrew D. Muhlbach |
| 8 | | Attorneys for Defendant |

*Filer's Attestation*: Pursuant to General Order No. 45.1, I, Robyn C. Crowther attest that I obtained concurrence in the filing of this document from the other signatories.

### **PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 12, 2009

_____
The Honorable Jeremy Fogel
United States District Judge

STIPULATION AND PROPOSED ORDER
Case No. C-08—04969 JF
Case No. C-09—01649 JF