1  MEISELMAN, DENLEA, PACKMAN,
   CARTON & EBERZ P.C.
2  JEFFREY I. CARTON (admitted *pro hac vice*)
   jcarton@mdpcelaw.com
3  MICHAEL A. BERG (*pro hac vice* application pending)
   mberg@mdpcelaw.com
4  1311 Mamaroneck Avenue
   White Plains, New York 10605
5  Telephone:  (914) 517-5000
   Facsimile:   (914) 517-5055
6

7  CALDWELL LESLIE & PROCTOR, PC
   ROBYN C. CROWTHER, SBN 193840
8  crowther@caldwell-leslie.com
   ERIC S. PETTIT, SBN 234657
9  pettit@caldwell-leslie.com
   1000 Wilshire Blvd., Suite 600
10 Los Angeles, California  90017-2463
   Telephone:  (213) 629-9040
11 Facsimile:   (213) 629-9022

12 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendants. | Case No. C-08-04969 JF<br><br>**NOTICE OF FILING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL A. BERG *PRO HAC VICE*** |
|---|---|

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 3, 2010, pursuant to Civil Local Rule 11-3, Michael A. Berg, an active member in good standing of the bar of the State of New York, *inter alia*, filed for admission to practice in the Northern District of California on a *pro hac vice* basis to represent plaintiffs Reuben Berenblat, Andrew Personette, Earl C. Simpson, and Laura Miller, on behalf of themselves, and a putative class of others similarly situated in the above-entitled action. Copies of the *pro hac vice* application and accompanying proposed order are attached hereto as Exhibits A and B, respectively.

DATED: February 3, 2010

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER
ERIC S. PETTIT

By    /s/
    ERIC S. PETTIT
Attorneys for Plaintiffs

MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.
Jeffrey I. Carton (*pro hac vice*)
Michael A. Berg (*pro hac vice* application pending)

Attorneys for Plaintiffs