UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C-08-04969 JF<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael A. Berg, an active member in good standing of the bar of the State of **New York**, *inter alia*, whose business address and telephone number is **1311 Mamaroneck Avenue, White Plains, New York, 10605, (914) 517-5000,** having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Reuben Berenblat, Andrew Personette, Earl C. Simpson, Laura Miller, on behalf of themselves, and a putative class of others similarly situated in the above-entitled action;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____
                                    The Honorable Jeremy Fogel
                                    United States District Judge