MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
JEFFREY I. CARTON (admitted *pro hac vice*)
jcarton@mdpcelaw.com
MICHAEL A. BERG (*pro hac vice* application pending)
mberg@mdpcelaw.com
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone: (914) 517-5000
Facsimile: (914) 517-5055

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, SBN 193840
crowther@caldwell-leslie.com
ERIC S. PETTIT, SBN 234657
pettit@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Case No. C-08-04969 JF<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL A. BERG *PRO HAC VICE***<br><br>[Proposed Order Granting Application for Admission of Attorney Michael A. Berg *Pro Hac Vice* Submitted Herewith] |

-1-

Pursuant to Civil Local Rule 11-3, Michael A. Berg, an active member in good standing of the bar of the State of New York, *inter alia*, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Reuben Berenblat, Andrew Personette, Earl C. Simpson, Laura Miller, on behalf of themselves, and a putative class of others similarly situated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the New York courts, the United States Court of Appeals for the Second Circuit, the Southern and Eastern District Courts of New York, the Eastern District Court of Wisconsin and the District Court of Connecticut.

2. I agree to abide by the standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name address and telephone number of that attorney is:

> ROBYN C. CROWTHER, SBN 193840
> crowther@caldwell-leslie.com
> CALDWELL LESLIE & PROCTOR, PC
> 1000 Wilshire Blvd., Suite 600
> Los Angeles, California 90017-2463
> (213) 629-9040 telephone
> (213) 629-9022 fax

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 1, 2010

_____
MICHAEL A. BERG
Attorney for Plaintiff

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611006745
Cashier ID: waltonb
Transaction Date: 02/03/2010
Payer Name: Caldwell Leslie  and Proctor
------------------------------------------
PRO HAC VICE
 For: Michael A Berg
 Case/Party: D-CAN-5-10-AT-PROHAC-001
 Amount:      $210.00
------------------------------------------
CHECK
 Check/Money Order Num: 45201
 Amt Tendered:  $210.00
------------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

Case #08-4969
Case assigned to JF

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```