# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, Feruary 5, 2010     Time: 20 mins
**Case Number:** CV-08-4969-JF/PVT and Related Case Number CV-09-1649-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     GIORGIO GOMELSKY, ET AL  V.  APPLE, INC.
                           **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** Michael Berg           **Attorneys Present:** Penelope Preovolos
                Douglas McNamara                               Andrew Muhlbach

---

PROCEEDINGS:

Hearing on Motions to Dismiss and Case Management Conference held. Parties are present. The Motions to Dismiss are taken under submission. The case management conference is continued to 11/13/09 at 10:30 a.m.