# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5^(TH) FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 5, 2010     Time: 20 mins
**Case Number:** CV-08-4969-JF/PVT and Related Case Number CV-09-1649-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     **GIORGIO GOMELSKY, ET AL   V.   APPLE, INC.**
                    **PLAINTIFF**                                              **DEFENDANT**

**Attorneys Present:** Michael Berg          **Attorneys Present:** Penelope Preovolos
                       Douglas McNamara                                Andrew Muhlbach

---

PROCEEDINGS:

Hearing on Motion to Dismiss held.  Parties are present.  The motion is taken under submission.