MEISELMAN, DENLEA, PACKMAN,
CARTON & EBERZ P.C.
JEFFREY I. CARTON (*pro hac vice*)
  jcarton@mdpcelaw.com
MICHAEL A. BERG (*pro hac vice*)
  mberg@mdpcelaw.com
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone:  (914) 517-5000
Facsimile:   (914) 517-5055

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, State Bar No. 193840
  crowther@caldwell-leslie.com
ERIC S. PETTIT, State Bar No. 234657
  pettit@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs Berenblatt, Personette,
Simpson, Miller and all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REUBEN BERENBLATT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant.<br><br>THOMAS WAGNER, SCOTT MEYERS, On behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br>  Defendant. | Case No.   C-08-04969 JF (PVT)<br>Case No.   C-09-01649 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' TIME TO FILE THIRD AMENDED COMPLAINT** |

Pursuant to Local Rules 6-2 and 7-12, the parties, by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, Plaintiffs filed a Second Amended Class Action Complaint ("Second Amended Complaint") on September 21, 2009;

WHEREAS, pursuant to a stipulation between the parties, Defendant's deadline to respond to the Second Amended Complaint was extended from October 5, 2009 to November 5, 2009;

WHEREAS, Defendant moved to dismiss the Second Amended Complaint on November 5, 2009;

WHEREAS, the Court granted Defendant's motion, with leave to amend as to Plaintiffs' claims under the UCL and for unjust enrichment, on April 7, 2010;

WHEREAS, the Court's April 7, 2010 Order ("Order") required Plaintiffs to file any amended complaint within thirty (30) days of the date of the Order (i.e. May 7, 2010);

WHEREAS, Plaintiffs filed a Motion for Administrative Relief pursuant to Local Rule 7-11 on April 22, 2010, seeking leave to conduct targeted discovery prior to filing an amended complaint;

WHEREAS, Defendant filed an Opposition to Plaintiffs' Motion for Administrative Relief on April 26, 2010;

WHEREAS, the parties have agreed to extend the current deadline for Plaintiffs to file an amended complaint until May 28, 2010;

WHEREAS, the continuance of the deadline to file an amended complaint will not affect any other deadlines in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1.  Plaintiffs' deadline to file an amended complaint is extended until May 28, 2010.

Dated: May 5, 2010          Caldwell Leslie & Proctor, PC

                            By:   /s/ Robyn C. Crowther
                                  Robyn C. Crowther

Dated: May 5, 2010          Girard Gibbs, LLP

                            By:   /s/ Eric H. Gibbs
                                  Eric H. Gibbs

Dated: May 5, 2010          Cohen Milstein Sellers & Toll, PLLC

                            By:   /s/ Douglas J. McNamara
                                  Douglas J. McNamara

                            Attorneys for Plaintiffs

Dated: May 5, 2009          Morrison & Foerster LLP

                            By:   /s/ Andrew D. Muhlbach
                                  Andrew D. Muhlbach

                            Attorneys for Defendant

*Filer's Attestation*: Pursuant to General Order No. 45.1, I, Robyn C. Crowther attest that I obtained concurrence in the filing of this document from the other signatories.

## **PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2010

_____
The Honorable Jeremy Fogel
United States District Judge

STIPULATION AND PROPOSED ORDER
Case No. C-08—04969 JF
Case No. C-09—01649 JF