PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
ALEXEI KLESTOFF (CA SBN 224016)
(AKlestoff@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERENBLAT, ANDREW PERSONETTE, EARL C. SIMPSON, LAURA MILLER, On behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant.<br><br>THOMAS WAGNER, SCOTT MEYERS, On behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br>　　　　　　　Defendant. | Case No.   C-08-04969 JF (PVT)<br>Case No.   C-09-01649 JF (PVT)<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, the parties, by and through their respective
2  counsel, hereby stipulate as follows:
3  WHEREAS, Apple moved to dismiss the Second Amended Complaint in *Berenblat, et al.*
4  *v. Apple Inc.*, Case. No. C-08-04969, and *Wagner, et al.  v. Apple Inc.*, Case No. C-09-01649
5  (collectively, the "Actions"), on November 5, 2009;
6  WHEREAS, Apple's motions were granted, with partial leave to amend, on April 9, 2010;
7  WHEREAS, the parties agreed to extend Plaintiffs' time period to amend until May 28,
8  2010;
9  WHEREAS, the Plaintiffs in the Actions filed an Amended Complaint on May 28, 2010;
10 WHEREAS, under Federal Rules of Civil Procedure 6(d) and 15(a)(3), the deadline for
11 Apple to respond to the Third Amended Complaint is June 14, 2010;
12 WHEREAS, the parties have agreed to extend the deadline for Apple to respond until June
13 28, 2010;
14 WHEREAS, the continuance will not have an effect on the schedule for the case;
15 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO
16 THE APPROVAL OF THE COURT:
17 1.  Apple shall respond to the Third Amended Complaint in the Actions by June 28,
18 2010.
19
20 Dated: June 10, 2010                    MORRISON & FOERSTER LLP
21
22                                         By:  */s/ Penelope A. Preovolos*
23                                              Penelope A. Preovolos
24                                              Attorneys for Defendant
                                                 APPLE INC.
25
26
27
28

STIPULATION EXTENDING TIME TO RESPOND TO TAC
CASE NOS. C-08-04969 JF (PVT), C-09-01649 JF (PVT)                                      2
sf-2854165

| | | |
|---|---|---|
| 1 | Dated: June 10, 2010 | MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C. |

Dated: June 10, 2010    MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C.

By:  /s/ *Michael A. Berg*
     Michael A. Berg

Attorneys for Plaintiffs
REUBEN BERENBLAT,
ANDREW PERSONETTE, EARL
C. SIMPSON, LAURA MILLER

Dated: June 10, 2010    GIRARD GIBBS, LLP

By:  /s/ *Eric H. Gibbs*
     Eric H. Gibbs

Attorneys for Plaintiffs
THOMAS WAGNER, SCOTT MEYERS

    I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Elsa Tom has read and approved this Certificate of Service and consents to its filing in this action.

1
2   **PROPOSED ORDER**
3
4         PURSUANT TO STIPULATION, IT IS SO ORDERED.
5   Date: June 15, 2010                    _____
6                                           Hon. Jeremy Fogel
                                            United States District Judge
7
8
...
28

STIPULATION EXTENDING TIME TO RESPOND TO TAC
CASE NOS. C-08-04969 JF (PVT), C-09-01649 JF (PVT)                                   1
sf-2854165

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THIRD AMENDED COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

Douglass J. McNamara
Cohen Mistein Hausfeld & Toll PLLC
1100 New York Avenue, Suite 500
Washington D.C. 20005-3964

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 10th day of June, 2010.

| /s/ Elsa Tom | /s/ Elsa Tom |
|---|---|
| (typed) | (signature) |

**ATTESTATION OF E-FILED SIGNATURE**

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Certificate of Service. In compliance with General Order 45, X.B., I hereby attest that Elsa Tom has read and approved this Certificate of Service and consents to its filing in this action.

Dated: June 10, 2010.

MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO SAC
CASE NOS. C-08-04969 JF (PVT), C-09-01649 JF (PVT)
sf-2854165